■ MARK W. BRYAN et al., Respondents, v HENRY NEWMAN, Doing Business as WATERFRONT MANAGEMENT, Appellant. [655 NYS2d 930] —Judgment, Supreme Court, New York County (Edward Lehner, J.), entered January 10, 1996, which granted petitioners' application to stay arbitration, unanimously affirmed, with costs.

By instrument entitled "Mutual Release From Management Contract", dated February 9, 1995, the parties agreed "to terminate th[eir] management contract" and to "release each other from any and all responsibilities and liabilities under the * * * contract dated November 1, 1991." This release and termination cancelled the underlying management contract that had contained an arbitration provision. By mutual assent, the designation of the arbitration forum for the resolution of disputes is no longer binding upon the parties (*Matter of Schlaifer v Sedlow*, 51 NY2d 181, 183; *Matter of Minkin [Halperin]*, 304 NY 617). Concur—Ellerin, J. P., Nardelli, Rubin and Mazzarelli, JJ.

■ In the Matter of KENYA A., a Person Alleged to be a Juvenile Delinquent, Appellant. [655 NYS2d 761] —Order, Family Court, New York County (George Jurow, J.), entered on or about February 26, 1996, which, upon appellant's admission that she had committed an act which, if committed by an adult, would constitute the crime of assault in the second degree, adjudicated her a juvenile delinquent and placed her with the Division for Youth for 18 months, unanimously affirmed, without costs.

Where appellant had a history of habitual truancy and volatile and assaultive behavior, the court properly determined that her placement with a private residential program, rather than probation, was the least restrictive alternative to protect both appellant and the public (*Matter of Katherine W.*, 62 NY2d 947). Concur—Sullivan, J. P., Milonas, Tom and Andrias, JJ.